**FILED**

08/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0253

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 22-0253

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JOHN WESLEY BUCHANAN,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for a 60-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including October 21, 2022, within which to prepare, serve, and file his opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 19 2022